UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## RELATED CASE ORDER

A Notice of Related Cases has been filed that the following cases are related within the meaning of Crim. L.R. 8-1(b):

| | |
|---|---|
| 5:11-cr-00876 EJD | *United States of America v. Sergio Casper Contreras* |
| 5:24-cr-00127 PCP | *United States of America v. Sergio Casper Contreras* |

## ORDER

On the basis of the material submitted to the Court, as the Judge assigned to the earliest filed case, I find that the cases ARE RELATED as defined by Crim. L.R. 8-1(b). Pursuant to Crim. L.R. 8-1(e), the Clerk of Court is ordered to reassign the later-filed action to the undersigned.

Counsel are instructed that all future filings are to bear the initials EJD immediately after the case number. All matters presently scheduled for hearing in the reassigned case(s) are vacated and must be renoticed for hearing before the undersigned.

**SO ORDERED.**

DATED: March 1, 2024

EDWARD J. DAVILA
United States District Judge