UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES

**Date:** March 24, 2025  **Time:** 1:54-2:40 PM  **Judge:** Edward J. Davila
**Total Time:** 46 min

**Case No.:** 5:24-CR-00127 EJD  **Case Name:** *United States v. Sergio Casper Contreras* (P) (C)

**Attorney for Plaintiff:**   Johnny James

**Attorney for Defendant:**   Sophia Whiting

**Deputy Clerk:** Cheré Robinson    **Court Reporter:**   Irene Rodriguez

**Probation Officer:**   Katrina Chu

## PROCEEDINGS - SENTENCING

Defendant present and not in custody.  Hearing held.

The Court GRANTS a variance.

The Court sentenced Defendant as follows:

    Defendant is sentenced to 155 months as to Counts One and Three of the Information (ECF No. 1, filed February 28, 2024), to be served concurrently.  Defendant is remanded to the Bureau of Prisons to be imprisoned for said term.

    Upon release from imprisonment, the Defendant shall serve a term of 15 years supervised release as to Counts One and Three of the Information – to be served concurrently.  The Court adopts the Probation Officer's recommendations as to the standard and special conditions of supervised release.

    A special assessment fee of $200.00 is imposed.  The Court imposes no fine.

    JVTA amount of $10,000 - $5,000 as to each count - is WAIVED.

The Court STAYS any Order of Restitution pending a restitution hearing.

Upon Motion of the Government, the Court DISMISSES Count Two of the Information (ECF No. 1).

**CASE CONTINUED TO:  MAY 1, 2025, AT 1:30 PM FOR STATUS RE RESTITUTION**

Defendant's appearance is waived at the May 1, 2025, hearing.

P/NP: Present, Not Present
C/NC: Custody, Not in Custody
I: Interpreter

Cheré Robinson
Courtroom Deputy
Original: Efiled
CC: